IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2180-OES

WADE W. SLAUGHTER,

    Applicant,

v.

WARDEN RIOS,
ASSOCIATE JONE'S [sic],
TEAM BB UNIT CONSILORS [sic], and
ALL GAURDS [sic] AT USP FLORENCE,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

---

### SECOND ORDER DIRECTING MR. SLAUGHTER TO CURE DEFICIENCY

---

Originally on October 28, 2005, Mr. Slaughter submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The Court determined that the document is deficient, but nonetheless, directed the Clerk of the Court to commence a civil action and instructed Mr. Slaughter to cure the deficiencies by submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and by submitting his claims on a current § 2241 Court-approved form.

On November 10, 2005, Mr. Slaughter filed a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Nonetheless, he did not file a certified copy of his trust fund account statement, which in a prisoner complaint must provide the average monthly deposits and balances in Mr.

Slaughter's account for the six months previously preceding the filing of the instant action. Therefore, Mr. Slaughter will be directed to cure the deficiency in the instant action by filing an appropriate certified trust fund account statement. Accordingly, it is

ORDERED that Mr. Slaughter cure the deficiency designated above **within thirty (30) days from the date of this Order.** It is

FURTHER ORDERED that, if Mr. Slaughter fails to cure the designated deficiency **within thirty (30) days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 15 day of November, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02180-OES

Wade Slaughter
Reg. No. 10593-081
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11-15-05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk