IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

DEC 1 3 2005

GREGORY C. LANGHAM
CLERK

Civil Action No.   05-cv-02180-OES

WADE W. SLAUGHTER,

        Plaintiff,

v.

WARDEN RIOS,
ASSOCIATE JONE'S [sic],
TEAM BB UNIT CONSILORS [sic], and
ALL GAURDS [sic] AT USP FLORENCE,

        Defendants.

_____

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

_____

        Plaintiff Wade W. Slaughter has submitted a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  The

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will

be granted.  Based on the information about the plaintiff's financial status, the court

finds that the plaintiff is able to pay an initial partial filing fee of $21.00 pursuant to §

1915(b)(1).  Accordingly, it is

        ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 is granted.  Plaintiff shall be required to pay the full

amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the

outcome of this action.  It is

        FURTHER ORDERED that the plaintiff shall pay an initial partial filing fee of

$21.00.  Plaintiff shall have **thirty (30) days from the date of this order** in which to

have the designated fee sent to the clerk of the court or show cause why he has no

assets and no means by which to pay the designated initial partial filing fee. In order to

show cause, the plaintiff must file a current certified copy of his  trust fund account

statement. It is

FURTHER ORDERED that the clerk of the court shall provide the plaintiff with

two copies of this order. Plaintiff is directed to make the necessary arrangements to

have one copy of this order attached to the payment in the amount of the designated

initial partial filing fee. It is

FURTHER ORDERED that the court will not review the merits of the Prisoner

Complaint until the initial partial filing fee is paid or the plaintiff shows cause as directed

above why he has no assets and no means by which to pay the designated initial partial

filing fee. It is

FURTHER ORDERED that, after payment of the initial partial filing fee, the

plaintiff shall be required to make monthly payments of twenty percent (20%) of the

preceding month's income credited to his trust fund account or show cause each month

as directed above why he has no assets and no means by which to make the monthly

payment. Plaintiff is directed to make the necessary arrangements to have each

monthly payment identified by the civil action number on this order. It is

FURTHER ORDERED that if within the time allowed the plaintiff fails to have the

designated initial partial filing fee or monthly payments sent to the clerk of the court or

to show cause as directed above why he has no assets and no means by which to pay

the designated initial partial filing fee or make the monthly payments, the Prisoner

Complaint will be dismissed without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this ___13___ day of _____December_____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02180-OES

Wade Slaughter
Reg. No. 10593-081
USP – Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on 12/13/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk