IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02180-BNB

WADE E. SLAUGHTER,

    Plaintiff,

v.

WARDEN RIOS,
ASSOCIATE JONE'S [sic],
TEAM BB UNIT CONSILOR'S [sic], and
ALL GAURD'S [sic] AT USP FLORENCE INVOLVED,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

On February 28, 2006, Plaintiff Wade W. Slaughter filed correspondence with the Court. In the correspondence, Mr. Slaughter states that he has "officially dropped" the instant action. The Court must construe the correspondence liberally, because Mr. Slaughter is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court will direct that the correspondence be construed as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and that the instant action be dismissed. Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule

41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of February 28, 2006. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the correspondence is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of February 28, 2006, the date Mr. Slaughter filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 8 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02180-BNB

Wade Slaughter
Reg. No. 10593-081
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/6/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk